# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2021

Bridget M. McCormack,
Chief Justice

162986(42)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

ALLEN JONES,
      Plaintiff-Appellee,

                        SC: 162986

v                              COA: 351889

                        Ct of Claims: 19-000117-MZ

STATE OF MICHIGAN,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer is GRANTED. The answer submitted on July 2, 2021, is accepted as timely filed.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2021

Clerk